# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE: SEARCH WARRANT | ) | MISC NO. 3:13-mj-18-DSC |
| | ) | |
| A single family dwelling located at | ) | |
| 3411 Rogers Street, Charlotte, | ) | |
| North Carolina 28202 | ) | |
| | ) | **ORDER TO UNSEAL** |
| | ) | **SEARCH WARRANT** |
| _____ | ) | |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the search warrant, affidavit and application for search warrant in this case be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the above-captioned case be unsealed.

**SO ORDERED**.

Signed: February 2, 2013

David S. Cayer
United States Magistrate Judge